UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DRIVETRAIN, LLC,

    Petitioner,

v.

DESERT MECHANICAL, INC.,

    Respondent.

Case No. 18-cv-02734-RS

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

In this action to confirm an arbitration award, petitioner Drivetrain, LLC reports the parties have agreed that this case should be dismissed, so that Drivetrain may seek confirmation of the arbitration award in state court. Drivetrain therefore does not oppose the pending motion to dismiss for lack of jurisdiction, on the condition that dismissal is without prejudice. Good cause appearing, this matter is dismissed, without prejudice to any right Drivetrain may have to seek confirmation of the arbitration award in state court.

**IT IS SO ORDERED**

Dated: June 14, 2018

_____
RICHARD SEEBORG
United States District Judge